IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVEN KENNETH REILLY,<br><br>*Defendant.* | **SEALED**<br><br>Case No. **CR 23-085 RAW** |

FILED
MAY 10 2023
BONNIE HACKLER
Clerk, U.S. District Court
Deputy Clerk

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**FALSE STATEMENT DURING THE ACQUISITION OF A FIREARM**
[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about December 24, 2022, in the Eastern District of Oklahoma, the defendant, **STEVEN KENNETH REILLY**, in connection with the attempted acquisition of the following firearm, to-wit: one (1) Ruger, Model LCP, .380 Auto caliber pistol, bearing Serial Number 371-901815, from EZ Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to EZ Pawn, which statement was intended and likely to deceive EZ Pawn, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, stating that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact he was under an information for a crime punishable by imprisonment for a term

1

exceeding one year, and knew of such prosecution, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

### FALSE STATEMENT DURING THE ACQUISITION OF A FIREARM
### [18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about January 3, 2023, in the Eastern District of Oklahoma, the defendant, **STEVEN KENNETH REILLY**, in connection with the attempted acquisition of the following firearms, to-wit:

- One (1) Ruger, Model SR45, .45 ACP caliber pistol, bearing Serial Number 380-51903; and
- One (1) Smith & Wesson, Model M&P Shield, .380 Auto caliber pistol, bearing Serial Number REA1544,

from Barker Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Barker Pawn Shop, which statement was intended and likely to deceive Barker Pawn Shop, as to a fact material to the lawfulness of such sale of said firearm to the Defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, stating that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year, when in fact he was under an information for a crime punishable by imprisonment for a term exceeding one year, and knew of such prosecution, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

*[signature]*

JOSHUA SATTER, NY Registration #5477112
Assistant United States Attorney